UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL WISSER,<br><br>                             Plaintiff,<br><br>    - against -<br><br><br>ARTISTIC FRAME CORP.<br><br>                           Defendant. | Docket No. 1:19-cv-02508 (PKC)<br><br>**<u>NOTICE OF MOTION</u>** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the declaration of Richard Liebowitz and exhibits attached thereto, the Statement of Damages and the pleadings and prior proceedings herein; Plaintiff Bill Wisser will move the Court, before the Honorable Kevin P. Castel (U.S.D.J.) at the United States District Court, 500 Pearl Street, New York, NY 10007, Courtroom 11D, at a time and place determined by the Court for an Order GRANTING Plaintiff's application for default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure as follows:

1. Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against Defendant;

2. Directing that a default judgment as to liability for unauthorized alteration and/or removal of copyright management information in violation of 17 U.S.C. § 1202(b) be entered against Defendant;

3. Ordering Defendant to pay $3,000.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

4. Ordering Defendant to pay $10,000.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for its unauthorized alteration and/or removal of copyright management information in violation of 17 U.S.C. § 1202(b);

5.      Ordering Defendant to pay $2550.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 1203(b)(5);

6.      Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

7.      Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

8.      Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers, if any, must be served within 14 days after these motion papers have been served on Defendant at its last known business address.

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff*

TO:

Artistic Frame Corp.
979 Third Avenue, 17th Floor
New York, NY 10022

*Defendant*