# EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

                Plaintiff,

- against -

THE DISHH, LLC

                Defendant.

Docket No. 18-cv-09079 (LGS)

## [~~PROPOSED~~] DEFAULT JUDGMENT

This matter came before the Court on plaintiff Steven Hirsch's ("Plaintiff")'s application for entry of a default judgment against defendant The Dishh, LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by Plaintiff, the Court finds as follows:

1. Plaintiff's complaint and an original summons were served on Defendant on October 24, 2018. An affidavit of service was filed with the Court on October 26, 2018.

2. On November 19, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

3. On November 21, 2018, Plaintiff filed his application for default judgment by proposed order to show cause.

5. On November 26, 2018, the Court scheduled a hearing for Plaintiff's application and issued an Order for Defendant to show cause by December 4, 2018 why a default judgment

should not be entered in favor of Plaintiff. Defendant has failed to file any opposition to entry of a default judgment and failed to appear at the hearing scheduled for December 6, 2018.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages as civil penalties for willful copyright infringement under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $10,000.00 in statutory damages as civil penalties for removal and/or alteration of copyright management information in violation of 17 U.S.C. § 1202(b); it is

**FURTHER ORDERED** that Defendant shall pay $2800.00 in attorneys' fees and $475.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that the Clerk of the Court shall close any open motions, cancel any conferences and close the case.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: December 10, 2018                                **SO ORDERED.**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PAUL MARTINKA

                      *Plaintiff*,

vs.

DIARIO DE MEXICO USA, INC.,

                      *Defendant.*
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2018

Index No. 18-cv-1993 (AT)

**DEFAULT JUDGMENT**

ANALISA TORRES, United States District Judge:

WHEREAS, Plaintiff Paul Martinka filed the Complaint in this action on March 6, 2018. On March 16, 2018, the Defendant was served a Summons, Civil Cover Sheet and First Amended Complaint through the Secretary of State of New York. Pursuant to Fed. R. Civ. P. 12, an answer or a response was due on April 6, 2018. On May 18, 2018, Plaintiff's request for a Certificate of Default from the Court Clerk was granted. On May 18, 2018, Plaintiff filed his Motion for Default Judgment. Because Defendant has failed to timely appear and defend itself against the allegations contained in the Complaint, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default Judgment is GRANTED; it is

FURTHER ORDERED that Defendant violated 17 U.S.C. § 501, for which it shall pay $30,000 in civil penalties for copyright infringement; and it is

FURTHER ORDERED that Defendant violated 17 U.S.C. §1202(b), for which is

shall pay $10,000 in civil penalties for improper removal of copyright management information; and it is

FURTHER ORDERED that Defendant shall pay attorneys' fees in the amount of $4,500 and costs in the amount of $500 pursuant to 17 U.S.C. § 505; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

**DATED:** June 27, 2018
New York, New York

SO ORDERED:

_____
Analisa Torres
U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE MYERESS,

                Plaintiff,

                17 CIV 9691 (KPF)

        -against-                **DEFAULT JUDGMENT**

BRISSI GROUP, LLC,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated June 21, 2018, Plaintiffs' motion for a default judgment is granted; Defendant has violated (i) 17 U.S.C. § 501, for which it shall pay $30,000 in civil penalties for copyright infringement, and (ii) 17 U.S.C. § 1202(b), for which is shall pay $10,000 in civil penalties for improper removal of copyright management information, along with attorneys' fees in the amount of $4,175.64 and costs in the amount of $562.70.

**DATED**: New York, New York
          June 25, 2018

                                               **RUBY J. KRAJICK**
                                               Clerk of Court
                                      BY: _____
                                                  Deputy Clerk

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON 6/25/2018