# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILL WISSER,

<div style="text-align:center">Plaintiff,</div>

- against -

ARTISTIC FRAME CORP.

<div style="text-align:center">Defendant.</div>

Docket No. 1:19-cv-2508

JURY TRIAL DEMANDED

---

<div style="text-align:center"><strong><u>COMPLAINT</u></strong></div>

Plaintiff Bill Wisser ("Wisser" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Artistic Frame Corp. ("Artistic Frame" or "Defendant") hereby alleges as follows:

<div style="text-align:center"><strong><u>NATURE OF THE ACTION</u></strong></div>

1.      This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of "the Matador Room" interior at the former Seville Beach Hotel, owned and registered by Wisser, a professional photographer. Accordingly, Wisser seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

<div style="text-align:center"><strong><u>JURISDICTION AND VENUE</u></strong></div>

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.    This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.    Wisser is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 565 NW 44th Street, Miami, FL 33127.

6.    Upon information and belief, Artistic Frame is a domestic business corporation duly organized and existing under the laws of the State of New York, with a place of business 979 Third Avenue, 17th Floor New York, NY 10022. Upon information and belief Artistic Frame is registered with the New York Department of State Division of Corporations to do business in the State of New York. At all times material, hereto, Artistic Frame has owned and operated a website at the URL: https://artisticframe.com (the "Website").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photograph**

7.    Wisser photographed "the Matador Room" interior at the former Seville Beach Hotel (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.    Wisser then licensed the Photograph to the Miami New Times. The Miami New Times ran an article that featured the Photograph titled *Matador Room.* See URL https://web.archive.org/web/20150609014301/https://www.miaminewtimes.com/location/matado r-room-6423127.  Wisser's name was featured in a gutter credit identifying him as the

photographer of the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

9.      Wisser is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10.     The Photograph was registered with the United States Copyright Office and was given registration number VA 2-061-261 and titled "matador_interior2.jpeg." See Exhibit C.

**B.      Defendant's Infringing Activities**

11.     On or about December 26, 2016, Artistic Frame ran an article on the Website titled *The Edition Miami*. See URL https://artisticframe.com//browse/gallery.asp?galleryid=41. The article featured the Photograph. A true and correct copy of the article and a screenshot of the Photograph on the article are attached hereto as Exhibit D.

12.     Artistic Frame did not license the Photograph from Plaintiff for its article, nor did Artistic Frame have Plaintiff's permission or consent to publish the Photograph on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

13.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14.     Artistic Frame infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Artistic Frame is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16.     Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**SECOND CLAIM FOR RELIEF**
**INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST**
**DEFENDANT**
**(17 U.S.C. § 1202)**

18.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19.     Upon information and belief, in its article on the Website, Defendant copied the Photograph from the Miami New Times which contained a gutter credit underneath the Photograph stating "billwisserphoto.com" and placed it on its Website without the gutter credit.

20.     Upon information and belief, Artistic Frame intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

21.     The conduct of Artistic Frame violates 17 U.S.C. § 1202(b).

22.     Upon information and belief, Artistic Frame's falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

23. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Artistic Frame intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Artistic Frame also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

24. As a result of the wrongful conduct of Artistic Frame as alleged herein, Plaintiff is entitled to recover from Artistic Frame the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by Artistic Frame because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

25. Alternatively, Plaintiff may elect to recover from Artistic Frame statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Artistic Frame be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Artistic Frame be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

4.     That, with regard to the Second Claim for Relief, Plaintiff be awarded either:

a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6.     That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

7.     That Plaintiff be awarded punitive damages for copyright infringement;

8.     That Plaintiff be awarded attorney's fees and costs;

9.     That Plaintiff be awarded pre-judgment interest; and

10.    Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       March 21, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
*Attorneys for Plaintiff Bill Wisser*

# EXHIBIT A



# EXHIBIT B

https://www.miaminewtimes.com/location/matador-room-6423127   Go

53 captures
11 Apr 2015 - 10 Oct 2018

APR   JUN   JUL
◀   09   ▶
2014  2015  2016



About this capture



MENU



SIGN UP
LOG IN

*Now Reading:*

# LOCATIONS

## ✓ OUR CRITICS' PICKS

### Joe's Stone Crab Restaurant

South Beach

American ▶   Seafood ▶

---

### Pescecane

North Dade

Italian ▶   Restaurants ▶

---

### Toscana Divino

Little Havana

Brunch ▶   Restaurants ▶

---

### Edge Steak & Bar

Downtown/Overtown

American ▶   Brunch ▶
Contemporary ▶

---

### The Federal Food Drink & Provisions

Midtown/Wynwood/Design District

American ▶   New American ▶
Spanish ▶

---

## CALENDAR ▶

Find the best things to do in Miami.



*billwisserph*

# Matador Room

2901 Collins Ave.
Miami Beach, FL 33140

Mid/North Beach

786-257-4600
http://matadorroom.com

**SHARE THIS**     

Located inside the sleek Miami Beach Edition (formerly the Seville Beach Hotel), Matador Room is celebrity chef Jean-Georges Vongerichten's interpretation of Latin cuisine. The pièce de résistance is a massive white chandelier reminiscent of an octopus -- a restoration of the one from the Seville Hotel's original Matador Room, whose spherical layout has also remained intact. Meanwhile, the leafy outdoor area is a nod to the Tropicana nightclub in Havana. In the recommended signature arroz con pollo -- prepared to order -- the jasmine rice resembles a creamy risotto in both taste and texture. As for the accompanying chicken, brined dark and light meat are flash-fried and submerged in a broth of kombu (edible kelp) and rosemary before going into the oven. Lemon zest, black pepper, and crackling slices of chicken skin round out JG's twist on the Latin classic that earned itself an olé. Not every dish is a clear winner, but this is a restaurant determined to take charge of its surroundings and succeed beyond the

## DETAILS

**Hours:** Breakfast 7 to 11 a.m.; lunch 11 a.m. to 4 p.m.; dinner 6 to 11 p.m. Sunday through Wednesday and 6 p.m. to midnight Thursday through Saturday.

**Features:** Patio/Sidewalk Dining, Vegetarian Friendly, Full service bar

**Serving:** Breakfast, Dinner, Lunch

**Alcohol:** Full bar

**Parking:** Valet Parking

**Reservations:** Reservations Accepted, Reservations Recommended, Reservations Accepted, Online Reservations Available

---

Contemporary ▶
Latin ▶   Spanish ▶



https://www.miaminewtimes.com/location/matador-room-6423127 Go APR JUN JUL
09
2014 2015 2016
53 captures
11 Apr 2015 - 10 Oct 2018
About this capture

perfect for a little postdinner ice-sk... bowling, or dancing. None of those y... thing? Get the multilayered almond cake and call it a night.

advertisement

Join My Voice Nation for free stuff, concert and dining info & more!
SIGN UP NOW

SLIDESHOWS VIDEOS

18 hours ago

Mickey Munday's Birthday Bash at Churchill's Pub

18 hours ago

Cam Con 2015 Fan Day at Mansion (NSFW)

4 days ago

Miami Soul Train Party Aboard the Metromover

MORE SLIDESHOWS ▶

DIRECTIONS

**RELATED STORIES (7)**

**MENU**

advertisement

## MORE CONTEMPORARY RESTAURANTS IN MID/NORTH BEACH

VIEW ALL

https://www.miaminewtimes.com/location/matador-room-6423127    Go

APR    **JUN**    JUL
◀      **09**    ▶
2014   **2015**  2016

53 captures
11 Apr 2015 - 10 Oct 2018

▼ About this capture

### Hakkasan

Hakkasan is drop-dead gorgeous, a dusky Oriental lair of dining alcoves seductively lighted by Ch...

CHINESE

### Canyon Ranch Grill

Thai ceviche brings Key West shrimp marinated in pomelo juice perked with jÃcama, bird chili, an...

AMERICAN

### The Forge Restaurant/Wine Bar

The Forge is as famous as any South Florida restaurant not named Joe's Stone Crab. After a yearlo...

## MORE CONTEMPORARY RESTAURANTS IN MIAMI

VIEW ALL ❯



### Pascal's on Ponce

This modest 16-table room hasn't changed much since celebrated chef Pascal Oudin first opened its...

CONTEMPORARY



### Atrio Restaurant & Wine Room at Conrad Miami

Atrio Restaurant is a bit stuffy and serious, but that's not surprising -- it's nestled in the Co...

ASIAN



### Michael's Genuine Food & Drink

Like all great American cooking, new and old, chef/owner Michael Schwartz's food comes from the h...

CONTEMPORARY



### Bourbon Steak, a Michael Mina Restaurant

Bourbon Steak is a contemporary American steak house and as such does not serve the style of cuis...



### 3030 Ocean Restaurant

One of the region's most beloved culinary talents, 3030 Ocean Executive Chef Paula DaSilva is kno...

AMERICAN

Case 1:19-cv-02506-PKC   Document 16-2   Filed 09/20/19   Page 14 of 36

https://www.miaminewtimes.com/location/matador-room-6423127 | Go

53 captures
11 Apr 2015 - 10 Oct 2018

APR  **JUN**  JUL
◀ **09**  ▶
2014 **2015** 2016

©2015 Miami New Times, LLC. All rights reserved.

▼ About this capture

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-061-261

**Effective Date of Registration:**
July 31, 2017

**Title** _____

**Title of Work:** Group Registration of published photographs; William Wisser-2015 Photos; all published 01/06/2015-07/31/2015; 742 photographs

**Content Title:** 27-w012-64.jpg
27-w042-64.jpg
27-w042.jpg
27gabesarepa.jpg
27shakshuka.jpg
10233271.0.jpg
10233272.0.jpg
10233273.0.jpg
10233275.0.jpg
10233281.0.jpg
10243793.0.jpg
10243794.0.jpg
10243796.0.jpg
10243797.0.jpg
10243798.0.jpg
10243799.0.jpg
10243800.0.jpg
10243801.0.jpg
10243802.0.jpg
10243803.0.jpg
10243804.0.jpg
10243805.0.jpg
10243806.0.jpg
10256452.0.jpg
cafe1-6-5675867edc8c38e1.jpg
MID-OYSTER.png
MidtownOyster__w052-90.jpg
MidtownOyster__w059-64.jpg
MidtownOyster__w062-64.jpg
MidtownOyster__w065-64.jpg
MidtownOyster__w067.jpg
MidtownOyster__w077-64.jpg
MidtownOyster__w081-90.jpg
midtownoysterfriedclam.jpg
midtownoysterlobsterroll.jpg
midtownoysterlobsters.jpg
midtownoystershellfish.jpg
screenshot_249.png
seagrape1.jpg
seagrape2.jpg

seagrape3.jpg
seagrape5.jpg
seagrapeinterior2.jpg
1/6/2015

10256453.0.jpg
10256454.0.jpg
10256455.0.jpg
10256456.0.jpg
10256457.0.jpg
10256458.0.jpg
10256459.0.jpg
1/9/2015

27-w012-64.jpg
27-w042-64.jpg
27-w042.jpg
27gabesarepa.jpg
27shakshuka.jpg
10243800.0.jpg
1/13/2015

10243793.0.jpg
10243794.0.jpg
10243796.0.jpg
10243797.0.jpg
10243798.0.jpg
10243799.0.jpg
10243801.0.jpg
10243802.0.jpg
10243803.0.jpg
10243804.0.jpg
10243805.0.jpg
10243806.0.jpg
1/16/2015

10256460.0.jpg
10256461.0.jpg
10256462.0.jpg
10256464.0.jpg
10256465.0.jpg
10256466.0.jpg
10268199.0.jpg
10268206.0.jpg
Taqiiza__w0044-90.jpg
taquizaalpastor.jpg
taquizacarnitas.jpg
taquizacorn.jpg
1/20/2015

10268200.0.jpg
10268201.0.jpg
10268202.0.jpg
10268203.0.jpg
10268204.0.jpg
10268207.0.jpg
10268208.0.jpg
10268209.0.jpg

10268210.0.jpg
10268212.0.jpg
10268213.0.jpg
10268214.0.jpg
10268215.0.jpg
10268216.0.jpg
1/23/2015

10268206.0.jpg
Taqiiza__w0044-90.jpg
taquizaalpastor.jpg
taquizacarnitas.jpg
taquizacorn.jpg
1/27/2015

10268217.0.jpg
10281071.0.jpg
10281072.0.jpg
10281073.0.jpg
10281074.0.jpg
10281075.0.jpg
10281076.0.jpg
10281078.0.jpg
10281079.0.jpg
10281080.0.jpg
10281081.0.jpg
10281082.0.jpg
10281083.0.jpg
10281084.0.jpg
10281085.0.jpg
10296466.0.jpg
10296467.0.jpg
10296468.0.jpg
10296470.0.jpg
10296471.0.jpg
10296472.0.jpg
10296473.0.jpg
10296475.0.jpg
10296476.0.jpg
10296477.0.jpg
Chef.Doug.Rodriguez.png
Design,District.png
DesignDistrict-1.png
Dome-1.png
Dome-2.png
Palm.Court.dome.2.png
Palm.Court.dome.3.png
Palm.Court.dome.png
palm.court.png
Palm.Court.swing.png
vagabondbeefhearts.jpg
vagabondchapulines.jpg
vagabondinside.jpg
vagabondpistachiocake.jpg
1/30/2015

Chef.Doug.Rodriguez.png
2/4/2015

10281071.0.jpg
10281072.0.jpg
10281073.0.jpg
10281074.0.jpg
10281075.0.jpg
10281076.0.jpg
10281078.0.jpg
10281079.0.jpg
10281080.0.jpg
10281081.0.jpg
10281082.0.jpg
10281083.0.jpg
10281084.0.jpg
10281085.0.jpg
vagabondbeefhearts.jpg
vagabondchapulines.jpg
vagabondinside.jpg
vagabondpistachiocake.jpg
2/6/2015

(Jeremy Ford)10303722.0.jpg
10296478.0.jpg
10296479.0.jpg
10303708.0.jpg
10303709.0.jpg
10303711.0.jpg
10303712.0.jpg
10303713.0.jpg
10303714.0.jpg
10303716.0.jpg
10303717.0.jpg
10303718.0.jpg
10303719.0.jpg
10303720.0.jpg
10303721.0.jpg
Lobster.png
matador_almondcake2.jpeg
matador_arrozconpollo2.jpeg
matador_interior2.jpeg
matador_tunatartar2.jpeg
2/8/2015

10296474.0.jpg
brasserie-a.png
Brasserie-ww064-90.jpg
brasseriecentralcharcuterie.jpg
brasseriecentralinterior.jpg
brasseriecentrallyonnaise.jpg
2/10/2015

10318275.0.jpg
10318276.0.jpg
10318277.0.jpg
10318278.0.jpg
10318280.0.jpg
10318281.0.jpg
10318282.0.jpg



*0000VA000206126109D3*

10318284.0.jpg
10318285.0.jpg
10318286.0.jpg
littlebreadcuban.jpg
littlebreadcubanprep.jpg
littlebreadinside.jpg
littlebreadpanconbistec.jpg
2/16/2015

matador_almondcake2.jpeg
matador_arrozconpollo2.jpeg
matador_interior2.jpeg
matador_tunatartar2.jpeg
2/17/2015

10303717.0.jpg
10303718.0.jpg
10303719.0.jpg
10303720.0.jpg
10303721.0.jpg
2/20/2015

10318287.0.jpg
10325954.0.jpg
Corsair-w035-90.jpg
2/22/2015

10325951.0.jpg
10325953.0.jpg
10325955.0.jpg
10325956.0.jpg
10325957.0.jpg
10325958.0.jpg
10325959.0.jpg
10325960.0.jpg
10325961.0.jpg
10325962.0.jpg
corsairduck.jpg
corsairocto.jpg
corsairtagliolini.jpg
pasta.png
winter.trees.png
2/24/2015

10342248.0.jpg
10342250.0.jpg
10342251.0.jpg
10342253.0.jpg
10342254.0.jpg
10342255.0.jpg
10342257.0.jpg
10342258.0.jpg
10342259.0.jpg
10342260.0.jpg
10342261.0.jpg
cafe1-1.jpg
octopus.corsair.png
Stripsteak.tartare.png

Vagabond-interior.png
3/2/2015

10325954.0.jpg
Corsair-w035-90.jpg
corsairduck.jpg
corsairocto.jpg
3/3/2015

10325951.0.jpg
10325953.0.jpg
10325955.0.jpg
10325956.0.jpg
10325957.0.jpg
10325958.0.jpg
10325959.0.jpg
10325960.0.jpg
10325961.0.jpg
10325962.0.jpg
3/5/2015

stripsteak_bakedpotato.jpg
stripsteakdonuts.jpg
3/6/2015

Bar.Crudo.wine.png
Shakshuka.png
stripsteak_interior.jpg
3/10/2015

Brickel.yachts.png
Matador-chandelier.png
Miami.Brickell.png
3/13/2015

10351343.0.jpg
10351344.0.jpg
10351346.0.jpg
Scott.Conant.png
3/15/2015

(Tree of Life) el-cielo-w018-nt8-1200px.jpg
10351347.0.jpg
10351349.0.jpg
10351350.0.jpg
10351351.0.jpg
10351352.0.jpg
10351353.0.jpg
10351354.0.jpg
10351355.0.jpg
10351356.0.jpg
10351357.0.jpg
10351358.0.jpg
10351359.0.jpg
10362537.0.jpg
10362538.0.jpg
10362539.0.jpg
10362540.0.jpg



10362542.0.jpg
10362543.0.jpg
10362544.0.jpg
10362545.0.jpg
10362546.0.jpg
10362548.0.jpg
cafe1-1_03.26.15_credit_billwisserphoto.com.jpg
Cruise.ship.marina.png
el-cielo-w006-nt8-1200px.jpg
el-cielo-w010-nt8-1200px.jpg
el-cielo-w050-nt8-1200px.jpg
3/17/2015

Shakshuka.png
3/19/2015

Bar.Crudo.wine.png
3/22/2015

Matador-chandelier.png
3/22/2015

Brickel.yachts.png
Miami.Brickell.png
3/22/2015

Scott.Conant.png
3/22/2015

29-restaurant.Arepa.png
10362549.0.jpg
10362550.0.jpg
10362551.0.jpg
10362552.0.jpg
10362553.0.jpg
10362554.0.jpg
10362555.0.jpg
10362556.0.jpg
10362557.0.jpg
10373360.0.jpg
10373361.0.jpg
10373362.0.jpg
10373363.0.jpg
cafe-gang1-credit-billwisserphoto.com.jpg
cafe-gang3-credit-billwisserphoto.com.jpg
cafe-gang4-credit-billwisserphoto.com.jpg
cafe-gang5-credit-billwisserphoto.com.jpg
3/24/2015

10373364.0.jpg
3/30/2015

10373365.0.jpg
10373366.0.jpg
10373367.0.jpg
10373368.0.jpg
10373369.0.jpg
10373370.0.jpg

10373371.0.jpg
10373372-1.0.jpg
10373372.0.jpg
10373373.0.jpg
10373374.0.jpg
10373375.0.jpg
10373376.0.jpg
10373377.0.jpg
cafe1-1-911e38e904ef8b46.jpg
cafe1-3-d47a1826bb84d79d.jpg
cafe1-4-16de04476952f4de.jpg
cafe1-6-9c17b02436684fd2.jpg
3/31/2015

10987388_10152636872407610_4274148612915238036_n.jpg
3/31/2015

29-restaurant.Arepa.png
4/1/2015

10384535.0.jpg
10384536.0.jpg
10384537.0.jpg
10384539.0.jpg
10384540.0.jpg
10384541.0.jpg
10384542.0.jpg
10384544.0.jpg
10384546.0.jpg
10384547.0.jpg
10384548.0.jpg
10384549.0.jpg
10384550.0.jpg
10384551.0.jpg
10384553.0.jpg
10394135.0.jpg
10394136.0.jpg
10394137.0.jpg
10394138.0.jpg
10394139.0.jpg
10394140.0.jpg
10394142.0.jpg
10394143.0.jpg
10394144.0.jpg
10394145.0.jpg
10394146.0.jpg
10394147.0.jpg
10394148.0.jpg
10394149.0.jpg
10394150.0.jpg
10394152.0.jpg
cafe1-1-9b21ed9144826ca4.jpg
cafe1-1-ea388992c4c6c6e8.jpg
cafe1-2-0ae2a880d1117f2e.jpg
cafe1-2-31e8b0ce728097e9.jpg
cafe1-3-17f7ba2f87d6d33f.jpg
cafe1-3-29e46d6437ce9345.jpg
cafe1-4-f81ebc52f9a98c44.jpg



Pine-needles.png
4/7/2015

cafe1-4-afd9f8cf3c72a355.jpg
4/14/2015

cafe1-5-a4c45ee3d3c2332f.jpg
4/14/2015

10424699.0.jpg
10424700.0.jpg
10424701.0.jpg
10424702.0.jpg
10424703.0.jpg
10424704.0.jpg
10424705.0.jpg
10424706.0.jpg
10424707.0.jpg
10424708.0.jpg
10424709.0.jpg
10424710.0.jpg
10424711.0.jpg
10424712.0.jpg
10424713.0.jpg
10424714.0.jpg
10424716.0.jpg
10444419.0.jpg
10444420.0.jpg
10444421.0.jpg
10444422.0.jpg
10444423.0.jpg
10444424.0.jpg
10444425.0.jpg
10444426.0.jpg
10444427.0.jpg
10444428.0.jpg
10444429.0.jpg
10444430.0.jpg
10444431.0.jpg
10444432.0.jpg
10454310.0.jpg
10454311.0.jpg
10454313.0.jpg
10454314.0.jpg
10454315.0.jpg
10454316.0.jpg
10454319.0.jpg
10454320.0.jpg
10454321.0.jpg
10454322.0.jpg
10454323.0.jpg
cafe1-1-7e8ea5e726a780b2.jpg
cafe1-1-ed575a291edf193c.jpg
cafe1-2-ba323152d96addbf.jpg
cafe1-2-c7b0d9304e1f754c.jpg
cafe1-3-d2f6b5a1007b2cb2.jpg
cafe1-3-ea16a10bf9fa2c04.jpg
cafe1-4-59d67d15ed81c601.jpg

4/21/2015

10412172.0.jpg
10412173.0.jpg
10412175.0.jpg
10412176.0.jpg
10412177.0.jpg
10412178.0.jpg
10412179.0.jpg
10412180.0.jpg
10412181.0.jpg
10412182.0.jpg
10412183.0.jpg
10412184.0.jpg
10412185.0.jpg
10412186.0.jpg
10412187.0.jpg
10412188.0.jpg
10412189.0.jpg
10412190.0.jpg
10412191.0.jpg
10412192.0.jpg
10412193.0.jpg
10412194.0.jpg
10412195.0.jpg
cafe1-1-140bfda0d2bee872.jpg
cafe1-2-ef93393a95689b8c.jpg
cafe1-3-18b2d64b29e26fd5.jpg
cafe1-4-a4edd9ad5aebccff.jpg
4/28/2015

10424699.0.jpg
10424700.0.jpg
10424701.0.jpg
10424702.0.jpg
10424703.0.jpg
10424704.0.jpg
10424705.0.jpg
10424706.0.jpg
10424707.0.jpg
10424708.0.jpg
10424709.0.jpg
10424710.0.jpg
10424711.0.jpg
10424712.0.jpg
10424713.0.jpg
10424714.0.jpg
10424716.0.jpg
cafe1-1-7e8ea5e726a780b2.jpg
cafe1-2-ba323152d96addbf.jpg
cafe1-3-ea16a10bf9fa2c04.jpg
5/5/2015

10454324.0.jpg
10454325.0.jpg
10454326.0.jpg
10454327.0.jpg
10454328.0.jpg



10454330.0.jpg
10454331.0.jpg
10454332.0.jpg
10463065.0.jpg
10463066.0.jpg
10463067.0.jpg
10463068.0.jpg
10463069.0.jpg
10463070.0.jpg
10463071.0.jpg
11401464_10152790664907610_7778402014699713899_n.jpg
cafe1-1-492814407f138861.jpg
cafe1-2-2c316d50dac773c3.jpg
cafe1-3-d1c89645d11250a6.jpg
cafe1-5-d8700cab65d475e0.jpg
cafe1-6-5675867edc8c38e1.jpg
5/19/2015

10354946_10152790843192610_1556120145843100477_n.jpg
10463072.0.jpg
10463073.0.jpg
10463074.0.jpg
10463075.0.jpg
10463076.0.jpg
10463077.0.jpg
10463078.0.jpg
10463079.0.jpg
10463080.0.jpg
10463081.0.jpg
10463082.0.jpg
10463083.0.jpg
10463084.0.jpg
cafe1-2-a7057706c8f397e5.jpg
cafe1-3-81cf1265c27d32ea.jpg
5/27/2015

10453476_10152767245622610_3894540587164026999_n.jpg
11391660_10152767252902610_3814843505627727611_n.jpg
5/31/2015

10364146_10152790826387610_2277477720629177499_n.jpg
10426534_10152790853707610_6323116419280930448_n.jpg
10489837.0.jpg
10489838.0.jpg
10489839.0.jpg
10489840.0.jpg
10489841.0.jpg
10489842.0.jpg
10489843.0.jpg
10489844.0.jpg
10489845.0.jpg
10489846.0.jpg
10489847.0.jpg
10489848.0.jpg
10489849.0.jpg
10489850.0.jpg
10489851.0.jpg
10489852.0.jpg

10489853.0.jpg
10489854.0.jpg
10489855.0.jpg
10489856.0.jpg
10489857.0.jpg
10489858.0.jpg
10489859.0.jpg
10489860.0.jpg
10489861.0.jpg
10489862.0.jpg
10497975.0.jpg
10497976.0.jpg
10497977.0.jpg
10497978.0.jpg
10497979.0.jpg
10497980.0.jpg
10497981.0.jpg
10497982.0.jpg
10497983.0.jpg
10497984.0.jpg
10497985.0.jpg
10497987.0.jpg
10497988.0.jpg
10497989.0.jpg
10497990.0.jpg
11200874_10152791158497610_1508609851509550226_n.jpg
11350405_10152790826482610_8183876451221769833_n.jpg
11401026_10152790810117610_6547615770142463148_n.jpg
bike.balcony.png
6/2/2015

cafe1-1-eb6a8fd8ddb06336.jpg
cafe1-2-395ef341619bcf9c.jpg
cafe1-3-dc790f925315ecbd.jpg
6/14/2015

1233962_10152806302612610_1545669660130059022_n.jpg
1509792_10152806302542610_1822510960044239762_n.jpg
1545090_10152806308277610_5642691071313673948_n.jpg
10253788_10152791521202610_4504015270679175174_n.jpg
10306319_10152806308327610_8460580719561220660_n.jpg
11295573_10152806300967610_7716819937810058986_n.jpg
11424449_10152806300977610_7472580012590433859_n.jpg
11535895_10152806302547610_5516922368686710870_n.jpg
metal.door_284.png
6/21/2015

bike.balcony.png
6/22/2015

(Chillean Sea Bass) 10505002.0.jpg
10504998.0.jpg
10504999.0.jpg
10505000.0.jpg
10505001.0.jpg
10505003.0.jpg
10505004.0.jpg
10505005.0.jpg


*0000VA0002061261090*

10505006.0.jpg
10505007.0.jpg
10505008.0.jpg
10505009.0.jpg
10505010.0.jpg
10505011.0.jpg
10505012.0.jpg
10505013.0.jpg
10505014.0.jpg
10505015.0.jpg
10505016.0.jpg
10505017.0.jpg
10505018.0.jpg
10505019.0.jpg
10505020.0.jpg
cafe1-4-b2992cf2061da1cb.jpg
cafe1-5-f3e355f7e340f9f7.jpg
6/23/2015

10505021.0.jpg
10505022.0.jpg
10505023.0.jpg
10505024.0.jpg
10505025.0.jpg
10505026.0.jpg
10505027.0.jpg
10505028.0.jpg
10512566.0.jpg
10512567.0.jpg
10512568.0.jpg
10512569.0.jpg
10512570.0.jpg
11692717_10152852066657610_2850709849401586681_n.jpg
11750628_10152852069562610_3783704161228398381_n.jpg
cafe1-1-2b4cb4a7e654e806.jpg
cafe1-2-e70b2511533ac654.jpg
cafe1-4-f31379a81ab75c2d.jpg
coya_ceviche.jpg
coya_piscobar.jpg
Perfecto.png
6/30/2015

10512571.0.jpg
10512572.0.jpg
10512573.0.jpg
10512574.0.jpg
10512575.0.jpg
10512576.0.jpg
10512577.0.jpg
10512578.0.jpg
10512579.0.jpg
10512580.0.jpg
10512581.0.jpg
10512582.0.jpg
10512583.0.jpg
10512584.0.jpg
10512585.0.jpg
10512586.0.jpg

10512587.0.jpg
10519635.0.jpg
10519636.0.jpg
10519637.0.jpg
10519638.0.jpg
10519639.0.jpg
10519640.0.jpg
10519641.0.jpg
10519642.0.jpg
10519643.0.jpg
10519644.0.jpg
10519645.0.jpg
10519646.0.jpg
10519647.0.jpg
10519648.0.jpg
10519649.0.jpg
10519650.0.jpg
10519651.0.jpg
cafe1-2-bc230a20f682b05d.jpg
cafe1-3-5e182befcab4bf4d.jpg
cafe1-3-d848e01430568e45.jpg
cafe1-4-81b698c17aa6f1cb.jpg
cafe1-4-83ca078c3de77c8c.jpg
cafe1-5-780575de19ff43e3.jpg
Cruise.ship.1.png
Cruise.ship.2.png
7/7/2015

MiMo.stairs.pink.png
MiMo.stairs.png
7/12/2015

alter-wynwood-restaurant_001.jpg
alter-wynwood-restaurant_002.jpg
alter-wynwood-restaurant_003.jpg
alter-wynwood-restaurant_004.jpg
7/13/2015

alter-wynwood-restaurant_005.jpg
alter-wynwood-restaurant_006.jpg
alter-wynwood-restaurant_007.jpg
alter-wynwood-restaurant_008.jpg
alter-wynwood-restaurant_009.jpg
alter-wynwood-restaurant_010.jpg
alter-wynwood-restaurant_011.jpg
7/14/2015

Cruise.ship.1.png
Cruise.ship.2.png
7/18/2015

Alter_283.png
alter-wynwood-restaurant_012.jpg
alter-wynwood-restaurant_013.jpg
alter-wynwood-restaurant_014.jpg
asador-5-jotas-restaurant-miami_002.jpg
asador-5-jotas-restaurant-miami_006.jpg
beach-scene.png



cafe1-3-26103b11321d632e.jpg
cafe1-4-72a092c33870d98c.jpg
cafe1-5-7e5461ea7a4c6292.jpg
7/21/2015

asador-5-jotas-restaurant-miami_007.jpg
asador-5-jotas-restaurant-miami_008.jpg
7/27/2015

10539076.0.jpg
10539077.0.jpg
10539078.0.jpg
10539079.0.jpg
10539080.0.jpg
10539081.0.jpg
10539082.0.jpg
10539083.0.jpg
10539084.0.jpg
10539085.0.jpg
10539086.0.jpg
10539087.0.jpg
10539088.0.jpg
10539089.0.jpg
10539090.0.jpg
10539093.0.jpg
10539094.0.jpg
asador-5-jotas-restaurant-miami_009.jpg
asador-5-jotas-restaurant-miami_010.jpg
asador-5-jotas-restaurant-miami_011.jpg
bltprime-w_002-nt8.jpg
bltprime-w_006-nt8.jpg
bltprime-w_007-nt8.jpg
bltprime-w_008-nt8.jpg
bltprime-w_009-nt8.jpg
bltprime-w_010-nt8.jpg
bltprime-w_012-nt8.jpg
bltprime-w_014-nt8.jpg
bltprime-w_016-nt8.jpg
bltprime-w_018-nt8.jpg
bltprime-w_020-nt8.jpg
bltprime-w_021-nt8.jpg
cafe1-1-37d139d581c3f356.jpg
cafe1-2-3bef85f2a04c7a02.jpg
cafe1-2-255513d7c5f6c42f.jpg
cafe1-3-3a50dfe38943b733.jpg
cafe1-4-4879cd12cd5b68b7.jpg
cafe1-5-fd4cfa2437cad1c3.jpg
Cheese3_0263-1kpx-680x454.jpg
CheeseCourse3-w0066-14-1kpx.jpg
Croissant-lighting022-450x595.jpg
Door-flag.png
door-planters.png
Door-wheel.png
Reflector.-0049-680x454.jpg
7/28/2015

bltprime-w_022-nt8.jpg
bltprime-w_025-nt8.jpg

bltprime-w_031-nt8.jpg
bltprime-w_032-nt8.jpg
7/31/2015

11348122_140203452987985_830495984_n.jpg
11873419_10152934784817610_6976136590387040387_n.jpg
orange-railing.a_c.png
Orange-stairs.png
7/31/2015

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 06, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | William Wisser |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | William Wisser |
| | 565 NW 44th Street, Miami, FL, 33127, United States |

## Certification

| | |
|---|---|
| **Name:** | Richard Liebowitz |
| **Date:** | July 31, 2017 |

# EXHIBIT D

10/17/2018

Case 1:19-cv-02508-PKC   Document 16-2   Filed 03/10/19   Page 33 of 36
Case 1:19-cv-02508-PKC   Document 1-4   Filed 03/21/19   Page 2 of 9



(https://artisticframe.com/)

 room planner     quote builder     designer login

(/quotebuilder/)

Search Products

BROWSE    OPTIONS    CATALOG (/BROWSE/CATALOGDOWNLOAD.ASP)    SHOWROOMS (/BROWSE/SHOWROOMS.ASP)    GREEN (/BROWSE/CONTENT.ASP?CONTENTID=3)

ABOUT (/BROWSE/CONTENT.ASP?CONTENTID=1)    CONTRACT/HOSPITALITY (/BROWSE/SHOWCASES.ASP?SHOWCASEID=1)    NOTABLE CLIENTS (/BROWSE/SHOWCASES.ASP?SHOWCASEID=2)

CONTACT (/BROWSE/CONTENT.ASP?CONTENTID=2)

**The Edition Miami**



Located in Mid-Beach—the historic "heart of Miami Beach" between South
Beach and North Beach—on a 3.5-acre private enclave stretching from
Collins Avenue to the ocean shoreline, The Miami Beach EDITION is not
merely a boutique hotel. Here you'll find an elegantly designed, intricately
interlinked complex of structures, spaces and settings that together offer a
new kind of luxury resort environment. Every aspect of the traditional
beach hotel has been re-imagined for the needs and desires of a new
generation, and every thought given to enhancing a guest's stay, whether
for vacation, relaxation or work

    

**INFORMATION**

» About (/browse/content.asp?contentid=1)
» Contact (/browse/content.asp?contentid=2)
» Green (/browse/content.asp?contentid=3)
» Options (/browse/content.asp?contentid=4)
» Catalog (/browse/catalogdownload.asp)
» Showrooms (/browse/showrooms.asp)
» Contract/Hospitality (/browse/showcases.asp?showcaseid=1)
» Notable Clients (/browse/showcases.asp?showcaseid=2)

**MAP**

**VISIT US**

Artistic Frame
New York Showroom & Main Office
979 Third Avenue, 17th Floor
New York, NY 10022

P: 212.289.2100
F: 212.289.2101

info@artisticframe.com

**DOWNLOAD**



(/browse/catalogDownload.asp)

**GET UPDATES**



Gallery Images: 1 / 5

Enter your email

**FOLLOW US ON INSTAGRAM**

 (https://www.instagram.com/p/BpCRoN-hfez/)

 (https://www.instagram.com/p/Bo_kjm0hN0x/)

 (https://www.instagram.com/p/Bo8_BGBhzdo/)

 (https://www.instagram.com/p/Bo6k_4ZBt13/)

 (https://www.instagram.com/p/Bo1TG1nhrDT/)

 (https://www.instagram.com/p/Boytb9IBh0-/)

 (https://www.instagram.com/p/BowHFDHBFkc/)

 (https://www.instagram.com/p/BotmNXShqua/)

 (https://www.instagram.com/p/BorCO_-hb3g/)

 (https://www.instagram.com/p/BojNLdkhyJG/)

 (https://www.instagram.com/p/BognmR6BOav/)

 (https://www.instagram.com/p/BoRl9sUhagT/)

 (https://www.instagram.com/p/BoOqhjehAhk/)

10/17/2018

Case 1:19-cv-02508-PKC   Document 16-2   Filed 09/10/19   Page 36 of 36
Case 1:19-cv-02508-PKC   Document 1-4   Filed 03/21/19   Page 3 of 3



Gallery Images: 1 / 5