# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Bill Wisser

                              **Plaintiff(s),**

      - against -

Artistic Frame Corp.

                              **Defendant(s),**
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/17/19

19 Civ. 2508 (pkc)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 3/21/2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Artistic Frame Corp. by personally serving New York Secretary of State, and proof of service was therefore filed on 4/22/2019, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

May 17, 2019

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 8/1/2018