UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL WISSER,<br><br>        Plaintiff,<br><br> - against -<br><br>ARTISTIC FRAME CORP.<br><br>        Defendant. | Docket No. 1:19-cv-02508 (PKC) |

## **[PROPOSED] DEFAULT JUDGMENT**

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Richard Liebowitz and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Artistic Frame Corp. ("Defendant");

2. Default judgment as to liability for unauthorized removal and/or alteration of copyright management information in violation of 17 U.S.C. § 1202(b) be entered against Defendant;

3. Defendant is to pay $3,000.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

4. Defendant is to pay $10,000.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for removal and/or alteration of copyright management information;

5. Defendant is to pay $2550.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 1203(b)(5);

6. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

7. the Court retain jurisdiction over any matter pertaining to this judgment;

8. this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated: _____, 2019           **SO ORDERED.**

_____
Hon. Kevin P. Castel (U.S.D.J.)