

September 12, 2019

**VIA ECF**

Honorable Kevin P. Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>Wisser v. Artistic Frame Corp.,</u> 1:19-cv-02508 (PKC)

Dear Judge Castel:

    We represent Plaintiff Bill Wisser in the above-captioned case and write pursuant to Your Honor's Individual Practices to respectfully request an adjournment of the conference scheduled for September 13, 2019.

(1) the current date is September 1, 2019 at 10:15 a..m.;

(2) the proposed new date is subject to Court's discretion of lieu of the pending motion for default judgment.

(3) Plaintiff has made two previous requests for an adjournment, both of which were granted;

(4) An adjournment is warranted so as to permit the Court to schedule a default hearing on Plaintiff's pending motion for default.

(5) Defendant has not appeared and therefore has not consented.

                          Respectfully Submitted,

                          **/richardliebowitz/**
                          Richard Liebowitz

                          *Counsel for Plaintiff*

