UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILL WISSER,

                Plaintiff,

- against -

ARTISTIC FRAME CORP.

                Defendant.

Docket No. 1:19-cv-02508 (PKC)

*PKC*

### [~~PROPOSED~~] DEFAULT JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Richard Liebowitz and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Artistic Frame Corp. ("Defendant");

2. Default judgment as to liability for unauthorized removal and/or alteration of copyright management information in violation of 17 U.S.C. § 1202(b) be entered against Defendant;

3. Defendant is to pay $~~3,000.00~~ ($2,000.00) in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

*PKC*

4. Defendant is to pay $~~10,000.00~~ *2,500.00* in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for removal and/or alteration of copyright management information;

5. Defendant is to pay $2550.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 1203(b)(5);

6. Defendant is to pay post-judgment interest ~~under 28 U.S.C.A. § 1961~~ *(in accordance with law*;

7. ~~the Court retain jurisdiction over any matter pertaining to this judgment;~~

8. ~~this case is dismissed and~~ the Clerk of the Court shall *close the case and* ~~remove it from the Court docket.~~ *terminate any open motions.*

*PKC*

New York, NY
Dated: 9-13, 2019

**SO ORDERED.**

Hon. Kevin P. Castel (U.S.D.J.)

*PKC*